JPML FORM 1A                              DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 332 -- IN RE 21st CENTURY PRODUCTIONS, INC. "THRILSPHERE" CONTRACT LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/19/77 | 1 | MOTION, BRIEF -- Defendants Richard Marchant & Omni-Vision, Inc. -- w/cert. of service |
| | | Suggested Transferee Court: S.D. Florida |
| | | Suggested Transferee Judge: |
| 12/28/77 | | REQUEST FOR EXTENSION TO FILE A RESPONSE -- ~~RKXKxBKKTxxNKKKY~~ Defendants Neely, McLaughlin, Reynolds and Thrilsphere, Inc. GRANTED TO JAN. 20, 1978 |
| 12/29/77 | | APPEARANCE -- HENRY P. TRAWICK, JR. for OMNI VISION, INC., FRED HOLLINGSWORTH AND RICHARD MARCHANT |
| | | SHERMAN L. KENDIS, ESQ. FOR STEEL PIER CO., MILLION DOLLAR PIER, INC. |
| | | HARTMAN, SCHLESINGER, SCHLOSSER AND FAXON for Richard U. Neely, Norbert McLaughlin and Joseph Reynolds, and Thrilsphere, Inc. |
| | | JOEL D. SIEGAL, ESQ. for 21st Century Productions, Inc. and Elias Saka |
| 1/5/78 | 2 | RESPONSE -- Plaintiff Twenty-First Century Productions, Inc. w/cert. of service. (ea) |
| 2/3/78 | | HEARING ORDER -- Setting A-1 and A-2 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/22/78 | | WAIVER OF ORAL ARGUMENT FOR 2/22/78 -- Thrilsphere, Inc., Richard Neely, Norbert McLaughlin, Joseph Reynolds by Marvin E. Schlosser; 21st Century Productions, Inc. by Robert S. Rayman, Esq. |
| 2/27/78 | | APPEARANCE -- Stephen Apollo, Esq. for Richard Marchant |
| 3/27/78 | | OPINION AND ORDER -- Denying transfer pursuant to 28 U.S.C §1407 -- Notified involved judges & Counsel -- (cds) |

*Denied 3/27/78 448 F.Supp. 271*

DOCKET NO. 332 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE 21st CENTURY PRODUCTIONS, INC. "THRILSPHERE" CONTRACT LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 1/27/78

Consolidation Ordered _____  Consolidation Denied MAR 27 1978

Opinion and/or Order MAR 27 1978

Citation 448 F.Supp. 271

Transferee District _____  Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | 21st Century Productions, Inc. v. Richard U. Neely, et al. | D.N.J. Gerry | 77-1598 | | | | |
| A-2 | Twenty-First Century Productions, Inc., et al. v. Omni-Vision, Inc., et al. | S.D.Fla. Roettger | 77-6180 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 332 -- IN RE 21ST CENTURY PRODUCTIONS, INC. "THRILSPHERE"

CONTRACT LITIGATION

21ST CENTURY PRODUCTIONS, INC.
ELIAS SAKA (Third-Party Defendant)
Joel D. Siegal, Esquire
Hellring, Lindeman, Goldstein
  &amp; Siegal
1180 Raymond Boulevard
Newark, New Jersey  07102

RICHARD U. NEELY
NORBERT MCLAUGHLIN
JOSEPH REYNOLDS
THRILSPHERE, INC.
Marvin E. Schlosser, Esq.
Hartman, Schlesinger, Schlosser & Faxon
129 High Street
Mount Holly, New Jersey  08060

STEEL PIER COMPANY
MILLION DOLLAR PIER, INC.
Sherman L. Kendis, Esquire
413 Guarantee Trust Building
Atlantic City, New Jersey  08401

OMNI-VISION, INC.
FRED HOLLINGSWORTH
_____
Henry P. Trawick, Jr., Esquire
P.O. Box 4019
Sarasota, Florida  33578

RICHARD MARCHANT
Stephen Apollo, Esquire
401 Hackensack Avenue
Hackensack, N.J.  07601

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 332 -- IN RE 21st CENTURY PRODUCTIONS, INC. "THRILSPHERE" CONTRACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| EDENS, CHARLES | |
| HOLLINGSWORTH, FRED | |
| MARCHANT, RICHARD | |
| MCLAUGHLIN, NORBERT | |
| MILLION DOLLAR PIER, INC. | |
| NEELY, RICHARD U. | |
| OMNI-VISION, INC. | |
| STEEL PIER CO. | |
| THRILSPHERE, INC. | |
| | |
| | |